**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1871**

_____

MARIA LETICIA GUZMAN PINEDA,

                Petitioner,

      v.

ERIC H. HOLDER, JR., Attorney General,

                Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted:  February 10, 2015      Decided:  February 20, 2015

_____

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Hugo Cesar Castro, Rockville, Maryland, for Petitioner.  Joyce R. Branda, Acting Assistant Attorney General, Leslie McKay, Assistant Director, Kristofer R. McDonald, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maria Leticia Guzman Pineda, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals ("Board") dismissing her appeal from the immigration judge's denial of her application for cancellation of removal.

We review legal issues de novo, "affording appropriate deference to the [Board]'s interpretation of the [Immigration and Nationality Act] and any attendant regulations." Li Fang Lin v. Mukasey, 517 F.3d 685, 691-92 (4th Cir. 2008). Administrative findings of fact are conclusive unless any reasonable adjudicator would be compelled to conclude to the contrary. 8 U.S.C. § 1252(b)(4)(B) (2012). We defer to the Board's factual findings under the substantial evidence rule. Anim v. Mukasey, 535 F.3d 243, 252 (4th Cir. 2008).

Upon review, we agree that Pineda's conviction for forgery of a public record was a crime involving moral turpitude, which rendered her ineligible for cancellation of removal. We therefore uphold the agency's decision and deny the petition for review for the reasons stated by the Board. See In re: Pineda (B.I.A. Aug. 7, 2014). We dispense with oral argument because the facts and legal contentions are adequately

2

presented in the materials before this court and argument would not aid the decisional process.

<u>PETITION DENIED</u>